Entered on Docket May 14, 2019

**Below is the Order of the Court.**

_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

_____

IN THE UNITED STATES BANKRUPTCY COURT
IN AND FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | In Chapter 7 Proceeding |
|---|---|
| JULIE LYNN PIRTLE, | NO. 18-43958-MJH |
| Debtor. | ORDER GRANTING MOTION TO APPROVE SALE OF REAL PROPERTY AND TO APPROVE SETTLEMENT AGREEMENT |

**THIS MATTER** having come on regularly for hearing before the above-entitled Court, upon the Chapter 7 Trustee's Motion to Approve Sale of Real Property and to Approve Settlement Agreement ("**Motion**") brought pursuant to 11 U.S.C. § 363(b), (c), (f), (h) and (m) and the Court having reviewed the records and files herein, including Trustee's Motion, and for the reasons stated orally and recorded in open court and incorporated herein pursuant to Fed. R. Bankr. P. 7052, finds that adequate and proper notice was provided, no objection was filed and that cause exists to grant the relief requested, and having so found, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Trustee's Motion to Approve Sale of Real Property and to Approve Settlement is **GRANTED** and Trustee is authorized pursuant to 11



ORDER-1
10304-321/TJD/868516

Case 18-43958-MJH    Doc 37    Filed 05/14/19    Ent. 05/14/19 15:07:33    Pg. 1 of 3

U.S.C. § 363(b), (c), (f), (h) and (m) to sell the estate's interest in the real property located at 215 St. Helens Way, Winlock, Washington for the sum of $145,000.00 to Daniel J. Chenier or any subsequent buyer for an amount equal to or exceeding $145,000.00 should the sale to Daniel J. Chenier fail to close; it is further

**ORDERED, ADJUDGED AND DECREED** that the Residential Real Estate Purchase and Sale Agreement Specific Terms with Addenda ("**PSA**"), which is attached to the Motion and incorporated herein in its entirety by this reference, between Trustee and Daniel J. Chenier shall be and is hereby approved and Trustee is authorized to take any and all necessary steps to consummate said PSA, and to close the sale in accordance with the terms thereof; it is further

**ORDERED, ADJUDGED AND DECREED** that necessary escrow costs, real estate commissions, real property taxes owing on the property to Lewis County, through and including the date of closing, and other costs of sale, including utilities, if any, and the delinquent water and sewer charges owed to the City of Winlock estimated at approximately $2,500.00, are hereby approved and shall be paid from the proceeds of sale; it is further

**ORDERED, ADJUDGED AND DECREED** that the estate is authorized to pay in full at closing the first position lien of Kondaur Capital Corporation, including all outstanding principal, interest, fees and costs, which Trustee shall validate as to amount and priority; it is further

**ORDERED, ADJUDGED AND DECREED** that the Settlement Agreement, which is attached to the Motion and incorporated herein in its entirety by this reference; between Trustee and Debtor shall be and is hereby approved; it is further

EISENHOWER CARLSON PLLC
Attorneys at Law
1200 Wells Fargo Plaza
1201 Pacific Avenue
Tacoma, WA 98402
T: 253-572-4500
F: 253-272-5732
www.eisenhowerlaw.com

ORDER-2
10304-321/TJD/868516

**ORDERED, ADJUDGED AND DECREED** that based upon the Settlement Agreement approved herein, the net proceeds of approximately $14,000.00 from sale of the Property shall be disbursed to Trustee to be held pending further order of the Court; it is further

**ORDERED, ADJUDGED AND DECREED** that pursuant to 11 U.S.C. § 363(f) said sale will be free and clear of all liens and interests, including the Debtor's exemption claims, if any, and excluding Debtor's exemption claims, said liens and interests to attach to the proceeds of the sale, provided, the Property shall not be transferred free and clear of the real property taxes related to tax year 2019 for taxes not yet due and owing; and it is further

**ORDERED, ADJUDGED AND DECREED** that this Order shall become effective immediately, without stay, as provided by Fed. R. Bankr. P. 6004(h).

///End of Order///

Presented by:

EISENHOWER CARLSON PLLC


By: /s/ *Terrence J. Donahue*
    Terrence J. Donahue, WSBA #15193
    Attorneys for Chapter 7 Trustee
    1201 Pacific Avenue, Ste. 1200
    Tacoma, WA 98402
    (253) 620-2519

