Entered on Docket December 13, 2019

**Below is the Order of the Court.**

_Mary Jo Heston_
**Mary Jo Heston
U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

---

UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re: | CASE NO. 18-43958-MJH |
| PIRTLE, JULIE LYNN | ORDER APPROVING FINAL REPORT AND APPLICATIONS FOR ADMINISTRATIVE EXPENSES AND AUTHORIZING DISBURSEMENT |
| Debtor(s). | |

**THIS MATTER** came on for hearing or no hearing being necessary under the circumstances, upon Notice of Filing Final Report and Applications for Compensation; it appearing that the Trustee's Final Report and Accounting is correct and reasonable in all respects, and that the same should be approved; and, it appearing that the fees requested by the attorney for the estate, and accountant for the estate are justified and reasonable, and the Court being fully informed; now, therefore, it is hereby,

**ORDERED** that the disbursements made by the Trustee as set forth in this report are approved and the Final Report and Account of the Trustee is hereby allowed, approved and confirmed; and it is further,

**ORDERED** that the fees and expenses of Terrence J. Donahue, Trustee, Eisenhower

[PLEADING TITLE] - 1

Carlson PLLC and Terrence J. Donahue, attorneys for the Trustee, and DP&C and Roger C. Lilley, Accountants for Trustee, are approved; and it is further,

**ORDERED** that the Trustee, Terrence J. Donahue, may make the following disbursements:

TOTAL AMOUNT AVAILABLE $13,739.31
100.00% Disbursement to Chapter 7 Costs of Administration

| | |
|---|---:|
| TERRENCE J. DONAHUE, TRUSTEE COMPENSATION | 5,000.00 |
| TERRENCE J. DONAHUE, TRUSTEE EXPENSES | 86.29 |
| U.S. BANKRUPTCY COURT, CLERK OF THE COURT FEES | 350.00 |
| ROGER C LILLEY, ACCOUNTANT FOR TRUSTEE FEES | 747.50 |
| Total Costs of Administration | $6,183.79 |

TOTAL AMOUNT AVAILABLE $7,555.52
Priority Unsecured
100% Disbursement to Priority Claims

| Claim No. | Claimant | Allowed Amount | Pro Rata Disbursement |
|---|---|---:|---:|
| 1P | Internal Revenue Service | 6,707.52 | 6,707.52 |

| | | |
|---|---:|---:|
| Total Allowed Priority Unsecured Claims | $6,707.52 | |
| Total Disbursement Priority Unsecured Claims | | $6,707.52 |
| Total Allowed Priority Claims | $6,707.52 | |
| Total Disbursement Priority Claims | | $6,707.52 |

TOTAL AMOUNT AVAILABLE $848.00
General Unsecured
2.7% Disbursement to Unsecured Claims

| Claim No. | Claimant | Allowed Amount | Pro Rata Disbursement |
|---|---|---:|---:|
| 1U | INTERNAL REVENUE SERVICE | 708.61 | 0.00 |
| 2 | TOYOTA MOTOR CREDIT CORPORATION C/O BECKET AND LEE LLP | 14,687.11 | 394.87 |
| 4 | MIDLAND FUNDING LLC | 3,073.86 | 82.64 |
| 5 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,486.74 | 66.86 |

[PLEADING TITLE] - 2

| | | | |
|---|---|---|---|
| 6 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 8,472.62 | 227.79 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,820.74 | 75.84 |

| | | |
|---|---|---|
| Total Allowed General Unsecured Claims | $32,249.68 | |
| Total Disbursement General Unsecured Claims | | 848.00 |
| Total Allowed Unsecured Claims | $32,249.68 | |
| Total Disbursement Unsecured Claims | | $848.00 |

**IT IS FURTHER ORDERED** that the trustee is authorized to abandon all unadministered assets.

/// END OF ORDER ///

Presented by:

/s/ *Terrence J. Donahue*
Terrence J. Donahue WSBA # 15193
Chapter 7 Trustee
1201 Pacific Ave., Suite 1200
Tacoma, WA 98402
(253) 620-2519

[PLEADING TITLE] - 3